without a jury. The action was brought by the city of New York, claiming as successor to the former town of Gravesend, under Colonial patents, to eject the Atlantic Yacht Club from upland and land under water on the north side of Coney Island point facing New York bay, bounded northerly by the pierhead line, easterly by Sea Gate avenue, southerly by Poplar avenue, and westerly by the lands of the Prospect Park and Coney Island Railroad Company. The defendant claimed title as successor in interest to John B. Shanahan, who received a deed in 1890 from the town of Gravesend, purporting to convey the lands under water in controversy here, as successor in interest to Norton Point Land Company, which obtained letters patent from the State in 1897, of the same lands under water, and by natural accretion.

*George P. Nicholson*, Corporation Counsel (*John J. Mead* of counsel), for appellant.

*William N. Dykman* and *S. B. Olney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ. Absent: Pound, J.

---

Rose R. Garcia, Respondent, *v.* Pilot Building Corporation, Appellant.

*Contract — real property — title — action to recover deposit on contract to purchase real property — breach of covenant running with land — unmarketable title.*

*Garcia* v. *Pilot Building Corpn.*, 209 App. Div. 903, affirmed.

(Argued April 8, 1925; decided May 5, 1925.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to recover a deposit paid on a contract to purchase real property together with expenses on the ground that the building on the premises had been erected in violation of a covenant running with the land and that, therefore,

the title was unmarketable. The answer set up a counter-claim for specific performance.

*Frank E. Johnson* and *Abraham I. Stark* for appellant.
*George W. Matheson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

ANDREW C. STEGMAN, Respondent, *v.* NATIONAL BISCUIT COMPANY, Appellant.

*Contract — services — commissions — action to recover commissions for negotiating sale of flour.*

Stegman v. *National Biscuit Co.,* 211 App. Div. 854, affirmed.
(Argued April 9, 1925; decided May 5, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1925, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover commissions for negotiating and procuring the sale of 200,000 barrels of barley flour belonging to defendant pursuant to an alleged oral agreement alleged to have been made by plaintiff with defendant acting through one of its employees. The defense was that defendant's employee was not authorized to employ plaintiff to sell said flour; that he was not so employed, and that he was not the procuring cause of the sale.

*Eugene W. Leake, Charles A. Vilas* and *E. A. Craighill, Jr.,* for appellant.
*Gerald B. Rosenheim* and *Robert P. Levis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.